

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Kenneth David Hudson, Jr. and Tasha N. Hudson,

\* From the 259th District Court of Jones County, Trial Court No. 024840.

Vs. No. 11-23-00181-CV

\* August 7, 2025

Morris Banda,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Kenneth David Hudson, Jr. and Tasha N. Hudson.